IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2007 JAN -3 A 9: 46

EDITH LASHUN BARNETT )
Full name and prison number )
of plaintiff(s) )
)
v. )   CIVIL ACTION NO. 3:07 CV 12-WKW
LT. COREY WELCH )   (To be supplied by Clerk of
)   U.S. District Court)
)
MAIL IS ALSO BEING )
OPENED UPON ARRIVAL )
BY OFFICERS and Taped )
back together. )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES ( )  NO (✓)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES (✓)  NO ( )

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) EDITH L. BARNETT

            Defendant(s) ~~~~~~~~~~~~~~
            Jerry Wilson

        2.  Court (if federal court, name the district; if
            state court, name the county) LEE COUNTY

3. Docket number  Unknown

4. Name of judge to whom case was assigned  Unknown

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)  Dropped

6. Approximate date of filing lawsuit  _____

7. Approximate date of disposition  _____

II. PLACE OF PRESENT CONFINEMENT  LEE COUNTY DETENTION CENTER

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED  LEE COUNTY DETENTION CENTER 2311 GATEWAY DRIVE

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                              ADDRESS
1. Corey Welch Jail  P.O. Box 2407 - 2311 Gateway Dr.
2. _____
3. _____
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  12/20/06

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:  LT. WELCH MOVED ANOTHER INMATE TO TRUSTEE STATUS, DENIED ME

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

FOR NO REASON. BOTH INMATES HAS SAME CHARGE OF ESCAPE. MY CHARGE WAS DROPPED TO MISDEMEANOR AND THE OTHER INMATE GOT PROBATION FOR HER CHARGE. GROUND ONE: DISCRIMINATION

GROUND TWO: _____

SUPPORTING FACTS: _____

GROUND THREE: _____

SUPPORTING FACTS: _____

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I WANT THE RULES OF TRUSTEE SELECTION AT LEE COUNTY DETENTION CENTER BE STRICTLY INFORCED TO AUDIT THE USE OF FAVORITISM.

_Edith L. Bennett_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 12/23/06
(Date)

_Edith Bennett_
Signature of plaintiff(s)

4