IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| EDITH LASHUN BARNETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:07-cv-12-WKW- |
| ) | [wo] |
| COREY WELCH, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On January 12, 2007, the Magistrate Judge filed a Recommendation (Doc. # 4) that the case is due to be dismissed prior to service of process under 28 U.S.C. § 1915(e)(2)(B)(ii). No objection has been filed. After an independent review of the record, it is the ORDER, JUDGMENT and DECREE of the Court that:

1. The Recommendation of the Magistrate Judge (Doc. # 4) is ADOPTED.

2. The plaintiff's action is DISMISSED without prejudice for failure to state a claim upon which relief may be granted.

An appropriate judgment will be entered.

DONE this 7th day of February, 2007.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE